FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 21  A 9: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WALTER BICKHAM                                          CIVIL ACTION

VERSUS                                                  NUMBER: 04-1703

JO ANNE B. BARNHART,                                    SECTION: "N"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**.

New Orleans, Louisiana, this 20th day of December, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process___
_X_ Dktd____
___ CtRmDep__
___ Doc. No.__